FILED
February 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002447311

Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE: 09-47133-C-7 |
| ROBERT A. RAMIREZ aka ROBERT AGUIRRE RAMIREZ and ALICIA R. RAMIREZ aka ALICIA RGINA RAMIREZ | CHAPTER 7 |
| | REF.: ASW-1 |
| Debtors. | MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF JO-ANN GOLDMAN IN SUPPORT THEREON |
| | DATE: 3/30/10<br>TIME: 9:30 am<br>CTRM: 35<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA |

The Motion of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 respectfully shows as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

Matter I.D. 6401-5803

2. This Motion is brought pursuant to Local Rule 9014-1 (f)(1)(ii) written opposition, if any, to the granting of the Motion shall be in writing and shall be served on the moving party and filed with the Clerk by the responding party at least fourteen (14) days preceding the noticed date of the hearing. Unless written opposition and supporting evidence are timely filed with the Court, without good cause, no party will be heard in opposition to the Motion at oral argument. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

Opposition to the Motion shall be served on counsel for Movant as follows:

THE WOLF FIRM
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

3. On December 11, 2009, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtors.

4. MICHAEL D. McGRANAHAN Trustee is the Chapter 7 Trustee for this case.

5. Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

6. Movant is the beneficiary under a Deed of Trust which secures a Promissory Note ("Note") in the principal sum of $288,000.00, with the Note all due and payable on February 1, 2037. The Note and Deed encumber real property commonly known as:

    3329 Pumphouse Court, Modesto, CA 95356 ("Property")

Matter I.D. 6401-5803

1  and legally described as set forth in the Deed of Trust, which is
2  attached to the Declaration of JO-ANN GOLDMAN.
3      7.  The beneficial interest under the Deed of Trust is
4  currently held by Movant.  <u>See</u> Declaration of JO-ANN GOLDMAN.
5      8.  There was a default under the terms of the Note and Deed
6  of Trust and on November 25, 2009, Movant caused to be recorded a
7  Notice of Default and Election to Sell.
8      9.  The Property is not Debtors' principal residence.
9      10. As of February 16, 2010, the Debtors have failed to
10 tender 10 of the contractual payments which have fallen due under
11 the Note and Deed of Trust.
12     11. The total amount due under Note and Deed of Trust as of
13 February 16, 2010, exclusive of attorneys fees and costs, was
14 approximately $307,229.44.  See Statement of Indebtedness
15 attached hereto as <u>Exhibit "1"</u>.
16     12. Movant requests the Court take Judicial Notice that the
17 Debtors' Schedule "A" provides the fair market value of the
18 Property to be approximately $123,000.00.  A true and correct
19 copy of Schedule "A" is attached hereto as <u>Exhibit "2"</u> and
20 incorporated by reference.
21     13. Due to the liens, encumbrances and arrearages existing
22 against the Property, and due to current market trends and costs
23 of sale, the Debtors do not have any equity in the Property.
24     14. The Debtors have no reasonable prospect for
25 reorganization and the Property is not necessary for an effective
26 reorganization.
27

1    15.   Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

    16.   For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtors' failure to make the required Deed of Trust payments.

    WHEREFORE, Movant prays for the judgment against Respondents as follows:

    (1)   That the automatic stay be terminated or annulled so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

    (2)   For reasonable attorneys' fees;

    (3)   For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

    (4)   For such other and further relief as the Court deems just and proper.

Dated: 2/26/10          /s/ Alan Steven Wolf
                        ALAN STEVEN WOLF
                        Attorneys for Movant
                        U.S. Bank National Association, as
                        trustee, on behalf of the holders of
                        the Home Equity Asset Trust 2007-2
                        Home Equity Pass-Through
                        Certificates, Series 2007-2

Matter I.D. 6401-5803

# EXHIBIT 1

## MOVANT'S STATEMENT OF INDEBTEDNESS

Debtors: RAMIREZ
CASE NO.: 09-47133-C-7
PROPERTY ADDRESS: 3329 Pumphouse Court
Modesto, CA 95356

A. APPROX. PRINCIPAL DUE AS OF February 16, 2010:
1st trust deed Select Portfolio = $ 285,682.70
TOTAL = $ 285,682.70

B. APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 02/16/10:

Movant's first trust deed payments and late charges:

10 payment(s) at $ 2,007.90 = $ 20,079.00

Accrued Late Charges $ 301.17
Recoverable Balance $ 1,166.57
TOTAL $ 21,546.74

C. VALUE OF PROPERTY: $ 123,000.00
D. LESS TOTAL OF PRINCIPAL AND DELINQUENCY: $ 307,229.44

E. GROSS EQUITY (D-C)*: $ -184,229.44

Matter I.D. 6401-5803

# EXHIBIT 2

B6A (Official Form 6A) (12/07)

In re  Robert A Ramirez & Alicia R Ramirez       Case No. _____
            Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3329 Pumphouse Ct. 3bed 2bath Single Family Rental Property<br><br>3329 Pumphouse Ct, Modesto, CA 95356 | Fee Simple | W | 123,000.00 | 285,682.70 |
| 855 Colonial Ln. 5Bed 3Bath Single Family Primary Residence<br><br>855 Colonial Ln, Tracy, CA 95376 | Fee Simple | C | 253,000.00 | 555,043.00 |
| | | Total ▶ | 376,000.00 | |

(Report also on Summary of Schedules.)