FILED
April 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D30

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Robert A. Ramirez and Alicia R. Ramirez | **Case No :** | 09–47133 – C – 7 |
| | | **Date :** | 3/30/10 |
| | | **Time :** | 09:30 |

**Matter :**    [22] – Motion/Application for Relief from Stay [ASW–1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (jlns)

**Judge :**    Christopher M. Klein
**Courtroom Deputy :**    Teresa Jackson
**Reporter :**    Diamond Reporters
**Department :**    C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 3329 Pumphouse Court, Modesto, CA. Resolved without oral argument.

Dated: April 09, 2010

_____
United States Bankruptcy Judge